# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ABDUL KARIM AJAMU,
:
    Petitioner,                         Case No. 1:11-cv-474

:         Chief Judge Susan J. Dlott
   -vs-                                     Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
  Institution
:
    Respondent.

---

**TRANSFER ORDER**

---

      With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

May 21, 2012.

                                                                        s/ Michael R. Merz
                                                              United States Magistrate Judge