IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Abdul Karim Ajamu,

        Petitioner(s),

        vs.

Warden, Chillicothe Correctional Institution,

        Defendant(s).

Case Number: 1:11cv474

Chief Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 29, 2012 a Report and Recommendation (Doc. 13).  Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 15).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the petition is hereby **DISMISSED** with prejudice.  Since reasonable jurist will not disagree with this Order, Petitioner is **DENIED** a certificate of appealability and the Court will certify to the Sixth Circuit that any appeal will be frivolous.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court