IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Abdul Karim Ajamu,

    Plaintiff(s)

vs.

Warden, Chillicothe Correctional

    Defendant(s)

Case Number: 1:11cv474

Chief Judge Susan J. Dlott

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED. . .

The petition is hereby **DISMISSED** with prejudice.  Since reasonable jurist will not disagree with this Order, Petitioner is **DENIED** a certificate of appealability and the Court will certify to the Sixth Circuit that any appeal will be frivolous.

7/18/12                                                            JAMES BONINI, CLERK

                                                                        S/William Miller
                                                                       Deputy Clerk