IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Abdul Karim Ajamu, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:11cv474 |
| | : Chief Judge Susan J. Dlott |
| Warden, Chillicothe Correctional | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED. . .

The petition is hereby **DISMISSED** with prejudice. Since reasonable jurist will not disagree with this Order, Petitioner is **DENIED** a certificate of appealability and the Court will certify to the Sixth Circuit that any appeal will be frivolous.

7/18/12                                                            JAMES BONINI, CLERK

                                                         S/William Miller
                                                         Deputy Clerk