IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Abdul Jarim Ajamu, : | |
| : | |
|     Petitioner(s), : | |
| : | Case Number: 1:11cv474 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Chillicothe Correctional Institution, : | |
| : | |
|     Respondent(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 8, 2013 a Report and Recommendation (Doc. 22). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 23).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, under Fed. R. App. P. 4(a)(1)(A), a notice of appeal from a district court the court of appeals in a civil case must be filed within 30 days after the entry of judgment or order appealed from. In this case that time expired August 17, 2012. Under Fed. R. App. P. 4(a)(5), a district court may extend the time for filing a notice of appeal if a party moves for that relief not later than 30 days after the initial time for appeal expires or in this case no later than September 16, 2012. Therefore, this Court is without authority to grant the relief requested and the motion

is **DENIED.**

The Clerk is ordered to serve a paper copy of this Order on Petitioner.  Petitioner's Counsel must withdraw as trial attorney of record forthwith if she has ceased to represent the petitioner.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court